UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____X

RICHARD BOURT, JR.,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant

CIVIL ACTION

NO. 3:02CV00191 (AVC)

_____X
_____X

SAMUEL J. COMPO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

CIVIL ACTION

NO: 3:02CV1675(PCD)

_____X
_____X

ROBERT L. FUDA,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

CIVIL ACTION

NO. 3:02CV01678 (RNC)

_____X

**FELA HEARING LOSS CASES - MAY BE FILED IN NEW HAVEN AS ORDERED BY MAGISTRATE JUDGE MARGOLIS.**

_____X

JOHN P. GEARY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01679 (WWE)

_____X

ROBERT HICKEY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant
_____X

CIVIL ACTION

NO. 3:02CV01674 (CFD)

_____X

THOMAS KINIRY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01680 (JBA)

2

_____X

RICHARD K. LASKEVITCH

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01676 (GLG)

_____X

JOHN RAGGI,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01681 (GLG)

_____X

EDWARD P. RUSSO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01682 (JCH)

```
_____X
JAMES SCOFIELD,
                                                    CIVIL ACTION
        Plaintiff
                                                    NO. 3:02CV1683 (JCH)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X
MICHAEL SELMONT,
                                                    CIVIL ACTION
        Plaintiff
                                                    NO. 3:02CV1677 (GLG)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X
MILLARD J. SULLIVAN,
                                                    CIVIL ACTION
        Plaintiff
                                                    NO. 3:02CV01684 (JCH)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
```

4

FRANCIS BAKUTIS,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

CIVIL ACTION

NO. 3:02CV01877 (MRK)

---

ROBERT C. BLACK,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

CIVIL ACTION

NO. 3:02CV01873 (AVC)

---

JAMES CAFFREY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

CIVIL ACTION

NO. 3:02CV01884 (CFD)


_____X

CHARLES KANE,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01878 (CFD)

_____X

KARL KAUTZ,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01874 (JBA)

_____X

FREDERICK N. KOVAL,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01879 (GLG)

_____X

SIGISMONDO LoVERME,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01880 (PCD)

_____X

HENRY MACKEY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01881 (AWT)

_____X

LOUIS MURRAY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01882 (JBA)

_____X

ALFRED C. SCHUMACHER,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01875 (AHN)

_____X

TIMOTHY STRAND,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01883 (AWT)

_____X

TIMOTHY SWEENEY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01872 (RNC)

```
_____X
BILLY JOE WILSON,
                                              CIVIL ACATION
        Plaintiff
                                              NO. 3:02CV01876 (DJS)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X

_____X
NICKOLAS R. ATLAS,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:02CV02029 (DJS)
VS.

METRO-NORTH RAILROAD COMPANY,

        Defendant
_____X

_____X
MICHAEL BETTINI,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:02CV02030 (RNC)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
```

```
_____X
PAUL F. CIUZIO,
                                            CIVIL ACTION
        Plaintiff
                                            NO. 3:02CV02032 (JBA)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X
RICHARD FANNING,
                                            CIVIL ACTION
        Plaintiff
                                            NO. 3:02CV02034 (SRU)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X
THOMAS FARLEY,
                                            CIVIL ACTION
        Plaintiff
                                            NO. 302CV02035 (WWE)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
```

10

_____X

CALOGERO FARRUGGIO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV02036 (CFD)

_____X

CLYDE GIBBS,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV02037 (WWE)

_____X

THOMAS INFANTINO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV02038 (GLG)

_____X

ANTONIO P. SARTORI, JR.,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV02039 (PCD)

_____X

LAWRENCE TRAMAGLINI,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 302CV02040 (SRU)

_____X

JOSEPH WALZ,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV02041 (DJS)

| | |
|---|---|
| ————————————————X | |
| MAURICE BARRETT, | |
|     Plaintiff | CIVIL ACTION |
| VS. | NO. 3:03CV00180 (DJS) |
| METRO-NORTH RAILROAD COMPANY, ET AL., | |
|     Defendants | |
| ————————————————X | |
| ————————————————X | |
| DAVID BETRIX, | |
|     Plaintiff | CIVIL ACTION |
| VS. | NO. 3:03CV00181 (WWE) |
| METRO-NORTH RAILROAD COMPANY, ET AL., | |
|     Defendants | |
| ————————————————X | |
| ————————————————X | |
| THOMAS BYRNE, SR., | |
|     Plaintiff | CIVIL ACTION |
| VS. | NO. 3:03CV00182 (CFD) |
| METRO-NORTH RAILROAD COMPANY, ET AL., | |
|     Defendants | |
| ————————————————X | |

```
_____X
FRANK DiLORENZO,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:03CV00183 (AWT)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X

DENNIS INCONSTANTI,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:03CV00184 (MRK)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X

JOHN F. JOHNSON, JR.,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:03CV00185 (GLG)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
```

_____X

JOHN MELILLO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant

_____X

CIVIL ACTION

NO. 3:03CV00186 (RNC)

_____X

JERRY D. PATTERSON, SR.,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

_____X

CIVIL ACTION

NO. 3:03CV00187 (GLG)

_____X

PEDRO RODRIGUEZ,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

_____X

CIVIL ACTION

NO. 3:03CV00188 (JBA)

```
_____X
RICHARD STARR,
                                            CIVIL ACTION
    Plaintiff
                                            NO. 3:03CV00189 (RNC)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X
_____X
ROBERT WEST,
                                            CIVIL ACTION
    Plaintiff
                                            NO. 3:03CV00190 (AWT)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X
_____X
ROBERT F. WRIGHT,
                                            CIVIL ACTION
    Plaintiff
                                            NO. 3:03CV00191 (RNC)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants                              NOVEMBER 14, 2003
_____X
```

## **PLAINTIFFS' MOTION TO COMPEL METRO-NORTH**

Pursuant to Fed. R. Civ. P. 37 and D. Conn. L. R. Civ. P. 37, the plaintiffs in the above-captioned hearing loss cases hereby move to compel Metro-North ("MN") to produce documents responsive to requests for production ("RFP") (1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13,

16

14, 17, 18 ,19, 20, 21, 22, 24, 25, 26 and 27) and to respond to interrogatories (1, 2, 3, 4, 5, 6,

7, 8 and 9).  A memorandum of a law and an affidavit

are being filed herewith.

FOR THE PLAINTIFFS,


By_____
   Scott E. Perry (ct17236)
   CAHILL & GOETSCH, P.C.
   43 Trumbull Street
   New Haven, Connecticut  06511
   (203) 777-1000


### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 14th day of November, 2003, to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut  06905 and to Lori A. McCarthy, Esq., Flynn & Associates, P.C., 189 State Street, 6th Floor, Boston, Massachusetts 02109.


_____
Scott E. Perry