# Crane inspection

**Metro-North Commuter Railroad**

| Crane no. | Location | Sub-Division | System/Gang | Date inspected | Monthly ☐ Annual ☐ |
|---|---|---|---|---|---|
| 604005 | New Haven | | | 5/22/02 | |

Last inspection date 4/24/01

Present general condition: ☐ Good ☑ Fair ☐ O/S

**OK**

| YES | NO | |
|---|---|---|
| ☒ | | Boom |
| | ☒ | Boom Stops |
| | | Boom Angle Indicator |
| ✓ | | Boom Rivets & Bolts |
| ✓ | | Boom Heel Pins |
| ✓ | | Sheaves |
| ✓ | | Sheave Pins |
| ✓ | | Cable Drums |
| ✓ | | Cable-Boom-Holding Line |
| | | Closing, Pendants |
| | ☒ | Cable Clamps |
| ✓ | | Hoisting Blocks/Hooks |
| N/A | | Winch |
| N/A | | Winch Cable |
| N/A | | Lifting Chains |
| ✓ | | Tongs-Rail-Frog |
| | ☒ | Brakes |
| | | Brakes-Air-Lines-Reservoir |
| N/A | | Brakes-Hydraulic |
| | | Brakes-Emergency |
| N/A | | Brakes-2 Wheel |
| | | Brakes-4 Wheel |
| | | Brakes-Shoes |
| | | Trucks-Journal Bearings |
| | | Wheels-Flange Wear-Treadwear |
| | | Axles |
| | | Tram-Axle & Wheel |
| | | Springs |
| N/A | | Tires |
| N/A | | Steering |
| | | U-Joints, Drive Gears |
| | | Drive Chains |
| | | Sprockets |
| | | Drive Shafts |
| ✓ | | Gear Boxes, Swing, Travel |
| | ☒ | Transmission |
| | | Bearings |
| N/A | | Hook Roller |
| N/A | | Outriggers |

| YES | NO | |
|---|---|---|
| | ☒ | Steps and Railing |
| | | Draw Bars-Couplers |
| ✓ | | Swing Stops/Locking Pins |
| ✓ | | Operating Controls |
| | ☒ | Windows |
| ✓ | | Windshield Wipers |
| | ☒ | Washing Devices |
| | ☒ | Lights |
| ✓ | | Guards |
| | | Engine |
| ✓ | | Clutch-PTO |
| | | Gauges-Temperature-Oil-Ampere |
| ✓ | | Hydraulic System-Valves, Pump, Motor |
| ✓ | | Main Control Generator |
| | | Magnet Generator |
| | | Magnet |
| | | Tagline-Cable-Electrical |
| | | Battery |
| | | Air Compressor |
| ✓ | | Safety Appliances |
| | | Fire Extinguishers |
| | ☒ | General Condition-Paint, etc. |
| | ☒ | Lifting Capacity Chart |
| | ☒ | Parts Book and Operating Manual |
| | ☒ | Lubrication |

When was Cable Replaced:
Boom
Holding
Closing
Strands of Cable Broken
Ground Cables and Ground Clamps
Electrical Wire Warning Sign

Remarks: _____

_____

_____

Operator's Signature _____

(Date) _____   (Employee No.) _____

I certify to the correctness of this report
(Signed) _____   (Date Posted) 5/22/02

Employee Number 111___

(Title) _____

1) Extremely Noisey in operators Cab.

2) Needs Flood Light

3) Sending unit For propellor shaft not working (disconnected)

4) Brakes on Crane not releasing all the time

5) Oil leaking from engine and Transmission

6) Fuel gauge not working

7) Travel Bands dragging and not disengauging in 4th gear.

8) Pin in coupler Bent + sloppy

F.E. Bahut
712478

ATT:
MARK ELLIS



09/05/2003 FRI 11.43 FAX

```
*************************
***   TX REPORT   ***
*************************

TRANSMISSION OK

TX/RX NO            0743
CONNECTION TEL                    8579
CONNECTION ID      NWP SHOP
ST. TIME           07/01 06:57
USAGE T            00'25
PGS.                  1
RESULT             OK
```

CB 005                    9/23/00

1) Extremely Noisey while Traveling, Cannot hear radio. unsafe Situation.

2) 4 bent boom struts.

3) No emergency shutdown switch.

4) oil leaking on deck.

5) Boom light missing.

6) Gear oil leaking out of Transfer Case.

7) When pulling Car, Train Line air brakes activate by themselves.

4π:

Paul Signorelli

F.E. Bakutis

712478



```
**********************
***   TX REPORT   ***
**********************


TRANSMISSION OK

TX/RX NO              4170
CONNECTION TEL                    8579
CONNECTION ID        NWP SHOP
ST. TIME             10/23 08:01
USAGE T              00'13
PGS.                    1
RESULT               OK
```

CB 4004

9/6/00

1) Oil Leaking from Engine
   and Travel Gears + shafts.

2) Engine overheats and Leaks antifreeze
   under Load.

3) Engine burns oil

4) Engine grinds ● in every gear,
   very difficult To shift

5) Travel bands stick, won't release.

6) Extremely noisey in work Mode.
   getting worse

7) Flat spots in wheels.

8) Boom light + running Lights
   not working

9) needs Air Filter, oil change
   and oil filters

ATT:
PAUL Signorelli

F. E. Baxter
712478



```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************


    TRANSMISSION OK

    TX/RX NO              4054
    CONNECTION TEL                    8579
    CONNECTION ID        NWP SHOP
    ST. TIME             09/06 08:40
    USAGE T              00'12
    PGS.                    1
    RESULT               OK
```

CB 4004        7/25/00

1) Oil Leaking from everywhere.

2) Engine overheats + Leaks antifreeze
   under a load.

3) Transmission Grinds in every Gear,
   very difficult to shift.

4) Travel bands stick, won't release.

5) Very noisey, and getting worse,
   especially in work mode.

F. E. Bohuto
712478



```
                            ***********************
                            ***   TX REPORT   ***
                            ***********************


        TRANSMISSION OK

        TX/RX NO              3978
        CONNECTION TEL                     8579
        CONNECTION ID        NWP SHOP
        ST. TIME             07/25 08:30
        USAGE T              00'19
        PGS.                    1
        RESULT               OK
```

6, 5/00

CB 4005

1) No Boom Stops.

2) No Belt Guards on Engine pulleys.

3) Fuel Gage does not work.

4) Air leak in brake line system.

5) Heater core leaking.

6) Extremely Noisey in operators cab when Traveling, Cannot hear radio, hurts Ears!

7) Foot steps on chasiss to narrow, needs Foot Grating extended, Dangerous.

8) Travel bands slipping.

9) Boom struts bent.

F.E. Babates

713478

Att:

Paul Signorelli

CB 4005                          5/3/00

1) NO BOOM STOPS

2) No Belt Guards on Front of engine

3) Fuel Gage does not work

4) Air Leak in Load Line Control

5) Heater Core Leaking

6) Cannot hear radio inside operators Cab,
   need external speaker.

7) Cab Leaks in several places when it rains.

8) Foot steps on chasiss Too narrow, Dangerous

9) Boom struts bent

10) Extremely noisey inside operators Cab.

11) Needs air horn facing To the rear.

12) Travel bands Slipping

13) Needs 24 volt bulbs for indicator light
    for propeller shaft.

ATT:
Paul Signorelli

                    F. E. Babuto
                       712478

```
          ***********************
          ***   TX REPORT    ***
          ***********************

   TRANSMISSION OK

   TX/RX NO            3717
   CONNECTION TEL                    8579
   CONNECTION ID       NWP SHOP
   ST. TIME            05/03 07:51
   USAGE T             00'18
   PGS.                1
   RESULT              OK
```

09/05/2003 FRI 11:45 FAX                                                                                    032/040

CB 4005                    4/20/00

1) NO Boom STOPS

2) NO Belt Guards on Front of Engine

3) Fuel gauge does not work

4) AiR Leak in Train Brake

5) Heater Core Leaking Anti Freeze

6) Cannot hear radio inside operators Cab, needs external Speaker.

7) Cab Leaks in Several places when it rains.

8) Foot Steps on Chasiss To Narrow, Hazzardous!

9) Boom STruTs Bent

10) Extremely noisey inside operators Cab.

11) Need Air Horn Facing To The rear.

JTT:

Paul Signourelli

J. E. Bahutas
712478

09/05/2003 FRI 11:45 FAX

@033/040
@001

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3682
CONNECTION TEL                   78579
CONNECTION ID        NWP SHOP
ST. TIME             04/20 07:48
USAGE T              00'24
PGS.                    1
RESULT               OK
```

CB 4004                    11/15/99

1) Oil Leaking onTO Deck

2) Coupler defected, won'T Release

3) Needs sound proofing, Noise unbearable !

4) Travel Bands sticking, won'T release.

5) Transmission synchros shoT, very hard To
   get into Gear

6) Rear marker Lights needs bulbs, NoT
   working.

7) Hand brake benT, CasT broken.

8) Front Sheave bushings worn

9) Air Dryer Needs filamenT, A loT of
   water building up in Air Tank.

10) Oil Leaking from Transfer Case

11) Engine burning oil.

12) FooT Grating needs To be welded,
    Tripping hazard.

ATT:                          F.E. Babutas
PAUL Signorelli                 712478

```
                         ************************
                         ***   TX REPORT   ***
                         ************************

TRANSMISSION OK

TX/RX NO              3321
CONNECTION TEL                      78579
CONNECTION ID        NWP SHOP
ST. TIME             11/15 08:58
USAGE T              00'30
PGS.                   1
RESULT               OK
```

Burro Crane   CB 4004   9/29/99

1) Oil leaking on deck

2) 2 steps bent (dangerous situation)

3) Coupler defated (won't release)

4) Needs sound proofing material (Noise unbearable)

5) Bottom brake inspection cover missing

6) Flood light on Boom not working

7) Travel bands still dragging in reverse and won't release (very dangerous)

8) Transmission grinds in every gear (synchros worn)

9) rear marker lights not working

10) Hand brake bent

11) Front Sheave bushings worn

12) Cannot Travel in high range

13) External radio speaker not working

F.E. Bahutus
712478

Arthur Lawhorn
9/29/99

ATT:
Paul Signorelli

```
                    ************************
                    ***   TX REPORT    ***
                    ************************

TRANSMISSION OK

TX/RX NO                  3212
CONNECTION TEL                        78579
CONNECTION ID             METRO NORTH WORK
ST. TIME                  09/29 07:49
USAGE T                   00'36
PGS.                      1
RESULT                    OK
```

@038/040

9/14/99

Burro Crane CB 4004

1) Oil Leaking on deck
2) 2 Steps damaged (dangerous)
3) Coupler defected (won't release)
4) Needs Sound Proofing material (noise unbearable)
5) Bottom Brake inspection cover missing.
6) Flood Light on boom missing.
7) Travel Bands dragging and won't release when going in reverse.
8) Transmission grinds in every gear, synchros worn.
9) Rear marker Lights not working.
10) Hand Brake Bent.
11) Front Sheave bushings worn.
12) Cannot Travel in High range. Bushings on vertical shaft worn.

F.E. Bahutas
Empl. # 712478